UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAURIE CLOUTIER,

        Plaintiff,

v.                                                                                    Case No. 14-C-1422

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.

## ORDER

Plaintiff has filed a complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915. An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Plaintiff filed the required affidavit of indigence. Upon review of that affidavit, it appears that plaintiff could not afford the filing fee. Accordingly, **IT IS HEREBY ORDERED** that plaintiff's request to proceed *in forma pauperis* is **GRANTED.**

**IT IS FURTHER ORDERED** that the clerk shall serve a copy of the complaint and this order on the Commissioner of Social Security.

Dated this   13th   day of November, 2014.

                                                                    s/ William C. Griesbach
                                                                    William C. Griesbach, Chief Judge
                                                                    United States District Court